UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Hiros Dawood

                    Plaintiff,

v.                                       Case No.: 1:15–cv–06160
                                                            Honorable Milton I. Shadur

Chicago Carriage Cab Corp., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:This case is dismissed without prejudice, with leave to move to reinstate the case, to enforce the settlement agreement or to extend the next specified date on or before 3/30/2016. If no such timely motion is filed, then this dismissal will convert to a dismissal with prejudice on 3/31/2016 without further order of court. Defendants motion to dismiss [25] is withdrawn without prejudice. Status hearing and motion hearing set for 2/25/2016 are stricken. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.